# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JENNIFER LUGO and § <br> CARY W. SCHULMAN § <br> § <br> v. § <br> § <br> COLLIN COUNTY, Texas, HANNAH § <br> KUNKLE, In her personal capacity as Former § <br> District Clerk of Collin County, PATRICIA § <br> CRIGGER, In her personal capacity as former § <br> Chief District Clerk of Collin County, LORI § <br> ROBERTSON, In her personal capacity as § <br> Supervising Deputy District Clerk of Collin § <br> County, STACIE BURNSIDE, Deputy District § <br> Clerk of Collin County, DEBRA HILL, Deputy § <br> District Clerk of Collin County, ANGELIA § <br> SHEWMAKE, In her personal capacity as § <br> Deputy District Clerk, AND ROBERT DAVIS, § <br> In his personal capacity as County of Collin § <br> Attorney. § | Case No. 4:11-CV-00057 <br> Judge Schneider/Judge Mazzant |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On December 8, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Collin County, Hannah Kunkle, Patricia Crigger, Lori Robertson, Stacie Burnside, Debra Hill, and Angelia Shewmake's Motion for Attorney's Fees (Dkt. #56) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Collin County, Hannah Kunkle, Patricia Crigger, Lori Robertson, Stacie Burnside, Debra Hill, and Angelia Shewmake's Motion for Attorney's Fees (Dkt. #56) is **GRANTED**.

It is further **ORDERED** that Plaintiffs Jennifer Lugo and Cary Schulman, and their attorney, Cary Schulman and the Cary Schulman Law Firm, PLLC, jointly and severally, are to pay Defendant Collin County, Texas attorneys' fees in the amount of $20,688.00.

It is further **ORDERED** that Defendants are entitled such interest on the total amount set forth above that they are entitled to under the law.

**It is SO ORDERED.**

**SIGNED this 30th day of December, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE